USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                   :
UBS FINANCIAL SERVICES INC.,            :
                            Plaintiff,   :
                                          :       16 Civ. 7515 (LGS)
               -against-               :
                                          :             ORDER
REVENUE FUNDING SERVICES LLC, et al., :
                            Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 29, 2020, an Order was issued directing UBS Financial Services, Inc. ("UBS") to transfer the Interpleader Funds in the RFS Account to JPMorgan Chase Bank, N.A. ("JPMorgan") within fifteen (15) of the date the Order was entered (Dkt. No. 100);

      WHEREAS, on February 12, 2020 following request by JPMorgan, this deadline was extended to February 18, 2020. UBS was directed to send written notice to the Court and Defendants within three (3) business days of the transfer of the Interpleader Funds (Dkt. No. 102);

      WHEREAS, no such written notice was filed. It is hereby

      ORDERED that UBS shall file a status letter on ECF by February 27, 2020, apprising the Court as to the status of the transfer and explain the failure to comply with this Court's Order.

Dated: February 25, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**